JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald Geary,<br><br>      Plaintiff,<br><br>    v.<br><br>The City of Anaheim, Downey Center Partnership, Officer Erik Degn and Officer Daniel Joachimstaler,<br><br>      Defendant(s).<br>_____ | **SACV 09-01386 JVS (RNBx)**<br>consolidated with<br>SACV 11-00241 JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:    January 13, 2015

                                                _____<br>
                                                    James V. Selna<br>
                                               United States District Judge