Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax:          (951) 686-4801

Attorneys for Defendants,
COUNTY OF ORANGE and
PETAR JOVANOV MITREVSKI, M.D.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GEARY, an individual, | CASE NO.: SACV09-01386 JVS (ANx) |
| Plaintiff, | c/w SACV10-3023 JVS (ANx) |
| vs. | c/w SACV11-0241 JVS (ANx) |
| THE COUNTY OF ORANGE, a governmental entity; THE CITY OF ANAHEIM, a governmental entity; CITY OF ANAHEIM DOE POLICEMEN, individuals; COUNTY OF ORANGE DOE SHERIFF DEPUTIES, individuals; DOWNEY CENTER PARTNERSHIP, a California Limited Partnership, and DOES 1 to 100, inclusive, | **JUDGMENT** |
| Defendants. | |

1

JUDGMENT

Pursuant to the Court's January 6, 2015, Order granting the motion for summary judgment filed by defendants County of Orange and Dr. Petar J. Mitrevski, there are no remaining claims pending against them in this action.

IT IS THEREFORE NOW ORDERED, ADJUDGED and DECREED that judgment is entered in this action as follows:

1. Plaintiff Donald Geary shall take nothing on his claims against the County of Orange or Dr. Petar Jovanov Mitrevski; and
2. Defendants shall recover their statutory costs pursuant to 28 U.S.C. §1920.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED: January 21, 2015

_____
U.S. DISTRICT JUDGE JAMES V. SELNA